# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER RENFRO,<br><br>Plaintiff,<br><br>v.<br><br>J.G. BOSWELL CO. INC., et al.,<br><br>Defendants. | Case No. 1:17-cv-01069-LJO-SAB<br><br>ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS<br><br>(ECF No. 4) |

Plaintiff Christopher Renfro ("Plaintiff"), appearing pro se in this action, filed the complaint in this action on August 9, 2017. (ECF No. 1.) Plaintiff did not pay the filing fee in this action and instead filed an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. (ECF No. 2.) On August 15, 2017, the Court found that Plaintiff's application was not properly completed, and Plaintiff was ordered to file a long form application to proceed in forma pauperis, plaintiff filed an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Plaintiff's application demonstrates entitlement to proceed without prepayment of fees. Notwithstanding this order, the Court does not direct that service be undertaken until the Court screens the complaint in due course and issues its screening order.

Accordingly, the Court GRANTS Plaintiff's motion to proceed in forma pauperis.

IT IS SO ORDERED.

Dated: **September 13, 2017**

_____
UNITED STATES MAGISTRATE JUDGE

1