# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER RENFRO,<br><br>   Plaintiff,<br><br>   v.<br><br>J.G. BOSWELL CO. INC., et al.,<br><br>   Defendants. | Case No. 1:17-cv-01069-LJO-SAB<br><br>ORDER SETTING HEARING ON DEFENDANTS' MOTION FOR SANCTIONS FOR DECEMBER 20, 2017 |

Plaintiff filed this action on August 9, 2017, against Tony Cisneros, Randy Daniels, H & G Farms, Erick J. Hansen, J.G. Boswell Co. Inc., J.G. Boswell Tomato Co Kings, J.G. Boswell Tomato Co. Kern, Zach Johnson, Lakeland Aviation, Young's Commercial Transfer, Inc. (ECF No. 1.) On September 14, 2017, Plaintiff's complaint was screened and dismissed for failure to state a claim. (ECF No. 6.) Plaintiff was granted leave to file an amended complaint within thirty days.

On November 16, 2017, Defendants H & G Farms, Erick J. Hansen, J.G. Boswell Co. Inc., J.G. Boswell Tomato Co Kings, J.G. Boswell Tomato Co. Kern, Lakeland Aviation made a special appearance and filed a motion for sanctions pursuant to Rule 11 of the Federal Rules of Civil Procedure. (ECF No. 10.) The motion was referred to the undersigned pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. (ECF No. 11.)

/ / /

Accordingly, IT IS HEREBY ORDERED that:

1. Oral argument on Defendants' motion for sanctions is set for **December 20, 2017, at 2:30 p.m.** in Courtroom 9;
2. Plaintiff shall file his opposition to the motion on or before **December 6, 2017**;
3. Defendants' reply, if any, shall be filed on or before **December 13, 2017**; and
4. Plaintiff is advised that failure to file an opposition in compliance with this order may result in sanctions up to and including dismissal of this action.

IT IS SO ORDERED.

Dated: **November 20, 2017**

UNITED STATES MAGISTRATE JUDGE