# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER RENFRO,<br><br>  Plaintiff,<br><br>  v.<br><br>J.G. BOSWELL CO. INC., et al.,<br><br>  Defendants. | Case No. 1:17-cv-01069-LJO-SAB<br><br>ORDER REQUIRING DEFENDANT TO SUPPLEMENT MOTION SANCTIONS PURSUANT TO RULE 11<br><br>DEADLINE: DECEMBER 18, 2017 |

Plaintiff Christopher Renfro ("Plaintiff"), appearing pro se and in forma pauperis, filed the complaint in this action on August 9, 2017. On November 16, 2017, Defendants specially appeared to file a motion for sanctions pursuant to Rule 11 of the Federal Rules of Civil Procedure. In support of the motion, Defendants included an unsigned second amended complaint. (See ECF No. 10 at 95-139.) The docket for the state court case indicates that an unsigned complaint was returned to Plaintiff on July 25, 2017. Christopher E. Renfro, et al. v. J.G. Boswell Company, No. 16C-0241 (Kings County Superior Court), available at the Kings County Superior Court's website, using the "Smart Search" option. See https://cakingsodyprod.tylerhost.net/CAKINGSPROD. A second amended complaint was filed in the action on August 23, 2017. Id.

It is unclear if the complaint attached to the motion is the second amended complaint filed August 23, 2017. Further, the Court cannot consider unsigned filings. Therefore, the Court

1

shall require Defendants to supplement the instant motion by filing a copy of the second amended complaint, filed August 23, 2017 in the Kings County Superior Court action.

Accordingly, IT IS HEREBY ORDERED that on or before December 18, 2017, Defendants shall file a copy of the second amended complaint filed in <u>Christopher E. Renfro, et al. v. J.G. Boswell Company</u>, No. 16C-0241 (Kings County Superior Court) on August 23, 2017.

IT IS SO ORDERED.

Dated: **December 14, 2017**

UNITED STATES MAGISTRATE JUDGE